IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRITTANY FOXX and KEITH PERKINS, *for themselves and all others similarly situated*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:18-CV-541-RP |
| | § § | |
| FIRMUS MANAGEMENT AND CONSTRUCTION LLC, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Dkt. 9). The parties stipulate to dismissal with prejudice of all claims that were or could have been asserted by Plaintiffs in their individual capacities in this action. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiffs have done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action.

**SIGNED** on November 27, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE